**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-1643**

———————

In Re: CREATIVE GOLDSMITHS OF WASHINGTON,
D.C., INCORPORATED,

Debtor.

———————————————

ROGER SCHLOSSBERG, Trustee,

Plaintiff - Appellee,

versus

JERRY BLIER,

Defendant - Appellant,

and

US TRUSTEE,

Party in Interest.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
95-1436-PJM, BK-92-11468-SD, AP-94-1363-DK)

———————

Submitted:  September 17, 1996      Decided:  October 9, 1996

———————

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jerry Blier, Appellant Pro Se.  Roger Schlossberg, SCHLOSSBERG &
ASSOCIATES, Hagerstown, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jerry Blier appeals the district court's order dismissing his appeal to that court from the bankruptcy court. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Schlossberg v. Blier, Nos. CA-95-1436-PJM; BK-92-11468-SD; AP-94-1363-DK (D. Md. Apr. 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED